IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOISES MENDOZA,

     Petitioner,                        No. CIV S-07-0071 GEB DAD P

    vs.

D.K. SISTO, Warden, et al.,

     Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee or submitted an application to proceed in forma pauperis.

        In his habeas petition, petitioner challenges a judgment of conviction entered by the Stanislaus County Superior Court on July 7, 2003. Stanislaus County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4  2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9 DATED: January 16, 2007.

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

14 DAD:13:mp
   mend0071.109